# Civil
# Case Assignment

Case number **5:05CV-506**

Assigned : Judge Jennifer B. Coffman
Judge Code : 4312

Assigned on 12/07/2005



JS 44 (Rev. 11/04)

# CIVIL COVER SHEET  5:05-506-JBC

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Neogen Corporation

**(b)** County of Residence of First Listed Plaintiff: **Ingham County**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Mark R. Fox (P39902); Fraser Trebilcock Davis & Dunlap, P.C., 124 W. Allegan, Ste. 1000, Lansing, MI 48933; Phone: 517-482-5800

### DEFENDANTS
U.S. Dept. of Justice, U.S. Drug Enforcement Administration, Paul Settle, Patrick Sower, Robert Otero, and S. Scott Collier

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

### V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
22 U.S.C. 2201 and 28 U.S.C. 1331

Brief description of cause:

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ Unknown

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE: 12/04/2005
SIGNATURE OF ATTORNEY OF RECORD: /s/ Mark R. Fox

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

```
AO82                                                                      122513
(Rev. 8/03)              RECEIPT FOR PAYMENT
                       UNITED STATES DISTRICT COURT
                                for the
                        EASTERN DISTRICT OF KENTUCKY
                                                    at Lexington
         RECEIVED FROM  Mueer, Trebilcock, Davies
                        124 St. Allegan St.
                        Ste. 1000
                        Lansing, MI 48933
```

| Fund | | ACCOUNT | AMOUNT | |
|---|---|---|---|---|
| 6855XX | Deposit Funds | $10000 | 190 | 00 |
| 604700 | Registry Funds | | | |
| | General and Special Funds | 086900 | 60 | 00 |
| 508800 | Immigration Fees | | | |
| 085000 | Attorney Admission Fees | | | |
| 086900 | Filing Fees | | | |
| 0869PL | Filing Fee Prisoner Lit. | | | |
| 322340 | Sale of Publications | TOTAL | 250 | 00 |
| 322350 | Copy Fees | | | |
| 322360 | Miscellaneous Fees | Case Number or Other Reference | | |
| 143500 | Interest | 5:05-506 | | |
| 322380 | Recoveries of Court Costs | | | |
| 322386 | Restitution to U.S. Government | Nogen Corp. | | |
| 109900 | Misc. Fines, Penalties, etc. | v. U.S. Dept. of | | |
| 121000 | Conscience Fund | Justice, et. al. | | |
| 129900 | Gifts | | | |
| 504100 | Crime Victims Fund | | | |
| 613300 | Unclaimed Monies | | | |
| 510000 | Filings Spec. Acct | | | |
| 5100PL | Filings Spec. Acct. Prisoner Lit. | | | |
| 510100 | Registry Admin. Acct. | | | |
| 5114CR | Electronic Copy Fee | 173985 | | |

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn

DATE 12-7-05    Cash | Check | M.O. | Credit   DEPUTY CLERK: Jackie Sobaan

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Eastern_____ District of _____Kentucky -- Lexington Division_____

Neogen Corproation, a Michigan corporation,

**SUMMONS IN A CIVIL ACTION**

V.

U.S. Department of Justice, U.S. Drug Enforcement Agency, Paul Settle, Patrick Sower, Robert Otero, and S. Scott Collier

CASE NUMBER: 05-506

TO: (Name and address of Defendant)

Patrick Sower
U.S. Drug Enforcement Administration
1006 Federal Building
600 Martin Luther King Jr. Place
Louisville, KY 40202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark R. Fox (P39902)
Fraser Trebilcock Davis & Dunlap, P.C.
124 W. Allegan, Ste. 1000
Lansing, MI 48933
Phone: 517-482-5800

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**LESLIE G. WHITMER**
CLERK

_Jackie S_____
(By) DEPUTY CLERK

DEC 0 7 2005
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Kentucky -- Lexington Division

Neogen Corproation, a Michigan corporation,

V.

U.S. Department of Justice, U.S. Drug Enforcement Agency, Paul Settle, Patrick Sower, Robert Otero, and S. Scott Collier

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-506

TO: (Name and address of Defendant)

Paul Settle
U.S. Drug Enforcement Administration
1006 Federal Building
600 Martin Luther King Jr. Place
Louisville, KY 40202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark R. Fox (P39902)
Fraser Trebilcock Davis & Dunlap, P.C.
124 W. Allegan, Ste. 1000
Lansing, MI 48933
Phone: 517-482-5800

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LESLIE G. WHITMER
CLERK

Jackie Selbee
(By) DEPUTY CLERK

DEC 0 7 2005
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Kentucky – Lexington Division

Neogen Corproation, a Michigan corporation,

**SUMMONS IN A CIVIL ACTION**

V.

U.S. Department of Justice, U.S. Drug Enforcement Agency, Paul Settle, Patrick Sower, Robert Otero, and S. Scott Collier

CASE NUMBER: 05-506

TO: (Name and address of Defendant)

Robert Otero
U.S. Drug Enforcement Administration
1006 Federal Building
600 Martin Luther King Jr. Place
Louisville, KY 40202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark R. Fox (P39902)
Fraser Trebilcock Davis & Dunlap, P.C.
124 W. Allegan, Ste. 1000
Lansing, MI 48933
Phone: 517-482-5800

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LESLIE G. WHITMER
CLERK

Jackie Salseem
(By) DEPUTY CLERK

DEC 0 7 2005
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern   District of   Kentucky – Lexington Division

Neogen Corproation, a Michigan corporation,

**SUMMONS IN A CIVIL ACTION**

V.

U.S. Department of Justice, U.S. Drug Enforcement Agency, Paul Settle, Patrick Sower, Robert Otero, and S. Scott Collier

CASE NUMBER: 05-506

TO: (Name and address of Defendant)

S. Scott Collier
U.S. Drug Enforcement Agency
DEA/OED
Washington, DC 20537

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark R. Fox (P39902)
Fraser Trebilcock Davis & Dunlap, P.C.
124 W. Allegan, Ste. 1000
Lansing, MI 48933
Phone: 517-482-5800

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LESLIE G. WHITMER                           DEC 0 7 2005
CLERK                                        DATE

Jackie Salmon
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Eastern_____ District of _____Kentucky -- Lexington Division_____

Neogen Corproation, a Michigan corporation,

V.

U.S. Department of Justice, U.S. Drug Enforcement Agency, Paul Settle, Patrick Sower, Robert Otero, and S. Scott Collier

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-506

TO: (Name and address of Defendant)

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark R. Fox (P39902)
Fraser Trebilcock Davis & Dunlap, P.C.
124 W. Allegan, Ste. 1000
Lansing, MI 48933
Phone: 517-482-5800

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LESLIE G. WHITMER

CLERK

Jackie Salleem
(By) DEPUTY CLERK

DEC 07 2005
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Eastern__ District of __Kentucky -- Lexington Division__

Neogen Corproation, a Michigan corporation,

V.

U.S. Department of Justice, U.S. Drug Enforcement Agency, Paul Settle, Patrick Sower, Robert Otero, and S. Scott Collier

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-506

TO: (Name and address of Defendant)

U.S. Drug Enforcement Administration
700 Army Navy Drive
Arlington, VA 22202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark R. Fox (P39902)
Fraser Trebilcock Davis & Dunlap, P.C.
124 W. Allegan, Ste. 1000
Lansing, MI 48933
Phone: 517-482-5800

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LESLIE G. WHITMER                           DEC 0 7 2005
CLERK                                        DATE

Jackie Salison
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Kentucky – Lexington Division

Neogen Corproation, a Michigan corporation,

**SUMMONS IN A CIVIL ACTION**

V.

U.S. Department of Justice, U.S. Drug Enforcement Agency, Paul Settle, Patrick Sower, Robert Otero, and S. Scott Collier

CASE NUMBER: 05-506

TO: (Name and address of Defendant)

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

(Serve: U.S. attorney)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark R. Fox (P39902)
Fraser Trebilcock Davis & Dunlap, P.C.
124 W. Allegan, Ste. 1000
Lansing, MI 48933
Phone: 517-482-5800

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LESLIE G. WHITMER

CLERK

Jackie Sensen
(By) DEPUTY CLERK

DEC 0 7 2005
DATE