

**United States Department of Justice**
Office of the United States Attorney
Eastern District of Kentucky

---

*110 West Vine Street, Suite 400*  *Phone (859) 233-2661*
*Lexington, Kentucky 40507*  *Fax (859) 233-2533*

April 12, 2004

Mr. James L. Herbert
President and Chief Executive Officer
Neogen Corporation
620 Lesher Place
Lansing, Michigan 48912

    RE:   *U.S v. Neogen Corporation*
            File No. 2004V00422

Dear Mr. Herbert,

    On February 4, 2004, the Drug Enforcement Administration (DEA) investigators found record keeping deficiencies concerning List 1 chemicals at your Lexington, Kentucky facilities. Specifically, Tri-Hist granules were stored at an unregistered location and Histan G was being distributed without a DEA distributor's registration. Neogen was informed on that day that it would be notified as to what extent the violations would be enforced by the DEA.

    DEA has referred this matter to our office to address the alleged violations of the Comprehensive Drug Abuse and Control Act of 1970 (21 U.S.C. § 842(a)(10); 21 U.S.C. § 843; 21 CFR 1309(a); 21 CFR 1309.22; 21 CFR 23; and 21 CFR 1310.06).

    In an effort to resolve this matter and avoid formal litigation, we ask that you or your legal representative contact this office within 30 days of receipt of this letter.

    Thank you for your cooperation in this matter.

                                  Sincerely,

                                  GREGORY F. VAN TATENHOVE,
                                  UNITED STATES ATTORNEY

                                  *Robin Gwinn* (signature)
                                  Robin Gwinn
                                  Assistant United States Attorney

cc: Paul Settle, DEA Agent

**EXHIBIT**
Neogen
1