

**United States Department of Justice**
Office of the United States Attorney
Eastern District of Kentucky

---

110 West Vine Street, Suite 400   Phone (859) 233-2661
Lexington, Kentucky 40507   Fax (859) 233-2533

April 12, 2004

Terri A. Morrical
Vice President and General Manager
Animal Safety Sales and Marketing
Neogen Corporation
628 Winchester Road
Lexington, Kentucky 40505

Re: *Neogen Corporation*

Dear Ms. Morrical,

The Drug Enforcement Administration (DEA) has referred a matter to this office for possible litigation of alleged violations of the Comprehensive Drug Abuse and Control Act of 1970, 21 U.S.C. § 842(a)(10).

On February 4, 2004, DEA investigators found record keeping deficiencies concerning List 1 chemicals. Specifically, Tri-Hist granules were stored at an unregistered location and Histan G was being distributed without a DEA distributor's registration. Neogen was informed on that day that it would be notified as to what extent the violations would be enforced by the DEA.

Pursuant to 21 U.S.C. § 842(b)(1)(B), the sanctions imposed upon you may consist of civil monetary penalties of not more than $10,000 for each violation of the Act.

In an effort to resolve this matter and avoid formal litigation, we ask that you or your legal representative contact this office within 30 days of receipt of this letter. Thank you for your cooperation in this matter.

Sincerely,

Gregory F. Van Tatenhove
UNITED STATES ATTORNEY

*Robin Gwinn*
Robin Gwinn
Assistant United States Attorney

**EXHIBIT**
Neogen
2