# ZETA PHARMACEUTICALS INC.

70 West 36th Street, Suite 600
New York, N.Y. 10018-8007
Phone: (212) 643-2310 ext. 109
Fax:    (212) 643-2316
Email: tagami@zetapharm.com

## FACSIMILE TRANSMISSION

| | | | |
|---|---|---|---|
| Company: | DEA/DC | From: | Theresa Agami |
| Attn: | Ms. Lisa Edelen | Pages: | 3 |
| Fax: | 202-307-4702 | Date: | December 15, 2004 |
| Subject: | NEW DEA FORM 486 | | |

Attached please find Form 486 for the importation of 275 kg Pseudoephedrine HCl by Air from India. The intended customer is:

> Neogen Corporation
> 2040 Creative Drive – Suite 400
> Lexington, KY 40505
> (859) 254-1221
>
> Contact: Mr. Brian Starr
>
> Copy of customer's P.O. no 023003 is attached

We would appreciate a response in the form of a Letter of No Objection as soon as possible.

Please call if you have any questions or require additional information.

Best regards

**U.S. Department of Justice**
Drug Enforcement Administration

**IMPORT/EXPORT DECLARATION**
Precursor and Essential Chemicals

| SEE REVERSE FOR INSTRUCTIONS AND PRIVACY ACT. | | OMB Approval No. 1117-0023 |
|---|---|---|
| 1. CHECK ONE: [✓] IMPORT DECLARATION  [ ] EXPORT DECLARATION | | U.S. CUSTOMS CERTIFICATION |
| 1a. IMPORTER/EXPORTER (Name, Address, Telephone No. to include Area Code, Telex No, and where available FAX No.)<br><br>Zeta Pharmaceuticals, Inc. c/o PDI<br>1200 Jersey Avenue<br>North Brunswick, NJ 08902<br>Ph:(212)643-2310/Fax: (212)643-2316 | 1b. BROKER OR FORWARDING AGENT, IF USED (Name, Address, Telephone No. to include Area Code, Telex No. and where available FAX No.)<br><br>Western Overseas/Karl Schroff<br>Hook Creek Blvd.&145th Ave, Bldg. C2NW<br>Valley Stream, NY 11581<br>Ph: (516)823-1500/Fax: (516)823-1515 | Date of Departure/Arrival<br><br>Name of Carrier/Vessel<br><br>Date of Certification<br><br>Signature of Customs Official |
| 1c. I CERTIFY THAT THE 15-DAY ADVANCE NOTICE REQUIREMENT HAS BEEN WAVED  [ ] Check if applicable | | |

**2. LISTED CHEMICALS TO BE IMPORTED/EXPORTED**

| 2a. Name and Description of Chemical appearing on label or container | 2b. Name of Chemical as designated by Title 21 C.F.R. 1310.02 | 2c. Number of containers, size, net weight of each chemical (Kg.) | 2d. Gross Weight of each item (Kg.) |
|---|---|---|---|
| Pseudoephedrine HCl Powder | Pseudoephedrine HCl | 11 x 25 kg Fiber Drums<br><br>Total Net Weight: 275 kg | 11 x 28 kg Fiber Drum<br><br>Total Gross Weight: 308 kg |

| 3a. [✓] FOREIGN  [ ] DOMESTIC PORT OF EXPORTATION (last U.S. Customs Port) AND APPROX. DEPARTURE DATE<br><br>Chenai, India        ~January 20,2005 | 3b. [ ] FOREIGN  [✓] DOMESTIC PORT OF IMPORTATION (first U.S. Customs Port) AND APPROX. ARRIVAL DATE<br><br>New York, New York        ~January 27, 2005 |
|---|---|
| 4a. MODE OF TRANSPORT; NAME OF VESSEL, CARRIER<br>AIR | 4b. NAME OF ALL INTERMEDIATE CARRIERS<br>NONE |
| 5a. NAME, ADDRESS, TELEPHONE, TELEX, and where available FAX NO. OF FOREIGN CONSIGNEE/CONSIGNOR<br><br>Avon Organics LTd./4thFl,Madhupaoa Towers/<br>6-3 865,OPP Lane to Hotel/Green Park<br>Ameerpet/Hyderabad-16.A.P.- India | 5b. NAME, ADDRESS, TELEPHONE, TELEX, and where available FAX NO. OF ALL INTERMEDIATE CONSIGNEES<br><br>NONE |

| SIGNATURE OF AUTHORIZED INDIVIDUAL (Print or Type Name below Signature)<br><br>Theresa Agami | DATE<br><br>12/15/2004 | NAME OF FIRM<br><br>Zeta Pharmaceuticals, Inc. |
|---|---|---|

DEA Form — 486
(Jun 1989)

Copy 1