

**U. S. Department of Justice**
Drug Enforcement Administration

www.dea.gov

JAN 07 2005

Teresa Agami
Zapharmaceuticals, Inc., c/o PDI
100 Jersey Avenue
North Brunswick, NJ 08902

Dear Ms. Agami:

Reference is made to your request for the Drug Enforcement Administration (DEA) to issue a Letter of No-Objection (LONO) to the competent authority in the country of export for the following proposed importation:

| | |
|---|---|
| Date of DEA-486 | Dec. 15, 2004 |
| Listed Chemical | Pseudoephedrine HcL 275 Kg |
| Date of proposed importation | Jan. 27, 2005 |
| DEA Assigned Import # | 5022255 |

This letter is written confirmation of the notification made to you on December 22, 2004, that it is DEA's intent not to issue a LONO in the referenced importation matter. DEA has thoroughly reviewed the proposed utilization of the planned Listed Chemical importation. DEA has grounds to believe that the proposed importation may be subject to diversion to the illicit market by the downstream distribution system and, as such, is declining to sign a LONO for this importation.

There are three options available to you as the registered importer:

1. Withdraw the request for a LONO and cancel the Import Declaration (DEA Form 486) by FAXING the request to the attention of OED at (202)307-8921;

2. Take no action, and 30 days from the date of this notice DEA will deem your lack of further contact as a request to withdraw the Import Declaration and LONO request;

3. Indicate in writing, within the 30 days, your desire to pursue the importation further.

If you desire to pursue the importation further, DEA will order the suspension of the shipment pursuant to Title 21, United States Code, Section 971 (c)(1). DEA will send you a notice of the suspension. The notice of suspension will list the legal and factual basis supporting the suspension. Upon ordering the suspension of shipment, in accordance with Title 21, United States Code, Section 971 (c)(2), an administrative hearing will be held as long as you request the

earing in writing within 30 days from the day you are served with the notice of suspension. If you request a hearing, it will be held not later that 45 days after your request is made, unless you specifically request the hearing be held at a later time.

If you have any questions, please feel free to contact S. Scott Collier, Section Chief, Dangerous Drugs and Chemicals Section, Office of Enforcement Operations, at (202) 307-7193.

Sincerely,

S. Scott Collier, Section Chief
Dangerous Drugs and Chemicals Section

cc: DEA New Jersey Division
    Attn: DPM George Harbeck

Darrell
Mr. Metter
4948