**NEOGEN® CORPORATION**
*ISO 9001:2000*

*Selected One of Forbes'*
*Top 200 Small Companies*

January 31, 2005

Mr. S. Scott Collier
Section Chief Dangerous Drugs and Chemicals
DEA/OED
Washington D.C. 20537

Dear Mr. Collier:

Neogen Corporation has received a copy of the letter you sent to Zetapharmaceuticals on January 7, 2005 stating the DEA will not issue an LONO for the importation of pseudoephedrine that is to be supplied to Neogen Corporation. The letter states DEA has grounds to believe that the proposed importation may be subject to diversion to the illicit market by the downstream distribution system and, as such, is declining to sign an LONO for this importation.

Neogen Corporation has attempted to contact you on several occasions at the phone number indicated in the letter and was unsuccessful. Neogen was eventually directed to Mr. Darrell Meador and after leaving several messages, we were able to talk with Mr. Meador on January 25th. Though Mr. Meador was familiar with the letter to Zetapharmaceuticals, he indicated that he wanted to talk with officials at the DEA Louisville office before responding to Neogen's questions. Neogen talked with Mr. Meador again on January 26th. Mr. Meador indicated that Mr. Robert Otero told him that Neogen has been caught by DEA for shipping pseudoephedrine bulk to locations that were not licensed for this chemical and that Neogen was storing the bulk chemical at locations that were not licensed for this chemical.

Neogen is not guilty of either charge, in fact, during our last audit, Mr. Patrick Sowers and Mr. Paul Settle of the Louisville office indicated that Neogen's records related to the bulk Class I chemical were not under question and confirmed that the DEA had no evidence or suspicion that any pseudoephedrine from Neogen has been diverted to the illicit market. While there is an ongoing debate between DEA and Neogen related to multiple licenses for the distribution of finished pharmaceutical products containing pseudoephedrine, there have been no claims by DEA related to the improper handling of the bulk Class I chemical.

Neogen Corporation respectfully requests that you review the facts with appropriate DEA personnel. Per the request of the DEA, Zetapharmaceuticals intends to withdraw its' original request for importation and send a new request for an LONO. Neogen urgently appeals to DEA to issue an LONO. Our current inventory has been depleted. We need the purchase order issued to Zetapharmaceuticals fulfilled so we can keep supplying our customers with finished product. Our finished product is sold to veterinarians to treat thousands of horses in

the United States. Neogen is the only known licensed manufacturer of this product and if the product is not available, thousands of horses (many of them very valuable) will suffer dire consequences.

Neogen's registration for Manufacturing for Distribution for the List I chemical, pseudoephedrine, was renewed in October 2004. In addition, the DEA is actively processing 2 applications we have into the DEA regarding List I chemicals.

Please contact me immediately at (859) 254-1221 if additional information is needed to clarify the situation. We are anxious to talk with whomever you might direct us to in order to clarify the facts and correct the situation. Thank you for your assistance.

Sincerely,

Terri A. Morical
Vice President & General Manager

cc:   Mr. Darrell Meador, Dangerous Drugs and Chemicals Section
      Mr. Robert A. Otero, DEA Louisville District Office
      Ms. Theresa Agami, Zetapharmaceuticals, Inc.

TRANSMISSION VERIFICATION REPORT

```
TIME    : 02/07/2005 08:30
NAME    :
FAX     :
TEL     :
SER.#   : BROK3J753653
```

```
DATE,TIME              02/07  08:29
FAX NO./NAME           914808029104-601
DURATION               00:01:20
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```

TRANSMISSION VERIFICATION REPORT

```
TIME    : 02/07/2005 08:32
NAME    :
FAX     :
TEL     :
SER.#   : BROK3J753653
```

```
DATE,TIME              02/07  08:31
FAX NO./NAME           CREATIUE DR
DURATION               00:00:50
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```